JAMES L. BRUNELLO #047522
KAREN PINE, #256002
Attorneys at Law
P.O. Box 4155
El Dorado Hills, CA 95762
Phone: (916) 358-8585
Fax:  (916) 358-8588

Attorneys for Plaintiffs
GOLD COUNTRY DEVELOPMENT, LLC et al

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD COUNTRY DEVELOPMENT, LLC, a New York State limited liability company, et al., | No. 2:20-CV-01712-MCE-CKD<br>EX PARTE APPLICATION AND STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS |
| Plaintiff, | |
| vs. | |
| COUNTY OF EL DORADO, a public entity, et al | Judge: Honorable Morrison C. England, Jr.<br>Courtroom:  7 |
| Defendant.<br>_____/ | |

Pursuant to Local Rule 144(a), all Plaintiffs and Defendants hereby stipulate that Plaintiffs may have until March 4, 2021 to respond to the Motion to Dismiss Plaintiffs' Complaint.  Defendant may have until March 18, 2021 to reply to Plaintiffs' Response.

IT IS SO STIPULATED.

Dated:  January 21, 2021                    /s/
                                            *JAMES L. BRUNELLO*
                                            Attorney for Plaintiffs
                                            Gold County Development, LLC et al


Dated:  January 21, 2021                    /s/
                                             *JOHN A .WHITESIDES*
                                            ANGELO, KILDAY & KILDUFF, LLP
                                            Attorney for Defendants
                                            County of El Dorado et al


**DECLARATION OF JAMES L. BRUNELLO**

1.  I am over the age of 18 and if called to testify as a witness, I could and would testify competently to the facts stated herein.

2.  I am the attorney for the Plaintiffs, along with my associate Karen Pine.

3.  Counsel Karen Pine has recently tested positive for Covid.  I have the symptoms including loss of taste and smell.

4.  Counsel Karen Pine is quarantining at her home in rural El Dorado County with limited access to internet, other than her phone

5.  Counsel will be quarantining at home and will not have access to the office for at least a week.

6.  Counsel Karen Pine was a paralegal prior to her bar admission and has performed all filing and administrative tasks for our office for the past 30 years.  She is not available.

7. The parties request that the Court extend the time to:

    a. March 4, 2021 as the last date for the plaintiffs to file a response to defendants' motion to dismiss plaintiffs' complaint;

    b. March 18, 2021 to be the last date for defendants to file a reply to plaintiffs' response to dismiss plaintiff's complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on January 21, 2021 Sacramento County, California.

                              /s/
                              *James L. Brunello*

PLAINTIFFS' EX PARTE STIPULATION AND ORDER IS GRANTED:

    March 4, 2021 is the last date for the plaintiffs to file a response to defendants' motion to dismiss plaintiffs' complaint;

    March 18, 2021 is the last date for defendants to file a reply to plaintiffs' response to dismiss plaintiff's complaint.

IT IS SO ORDERED.

Dated:  January 29, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE