UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD COUNTRY DEVELOPMENT, LLC, a New York State limited liability company, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF EL DORADO, a public entity, et al., <br><br> Defendants. | No. 2:20-cv-01712-MCE-CKD <br><br> **ORDER** |

On September 28, 2021, this Court entered a Memorandum and Order dismissing the federal claims against Defendants El Dorado County, the El Dorado County Sheriff's Department, and Sheriff D'Agostini; declining to exercise supplemental jurisdiction over Plaintiffs' state law claims; and dismissing Plaintiffs' declaratory relief cause of action based on the consent of the parties. ECF No. 16 at 11. Plaintiffs were given twenty (20) days in which to file an amended complaint, and if no such amended pleading was filed, they were advised that the causes of action dismissed by virtue of that order would be deemed dismissed with prejudice upon no further notice to the parties. Id. No amended complaint was filed, and this action is hereby DISMISSED with prejudice as to the forgoing Defendants.

///

In that same Memorandum and Order, the Court also issued an Order to Show Cause ("OSC") as to why Defendant Darryl J. Miller should not be dismissed under Federal Rule of Civil Procedure 4(m) because he had not been timely served. Id. at 2 n.1. Plaintiffs did not respond to that OSC or to a subsequent Motion to Dismiss filed by Mr. Miller. ECF No. 18. Accordingly, Plaintiffs' claims against Mr. Miller are hereby DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with the applicable rules and/or or the orders of this Court.

This matter having been resolved in its entirety, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  July 12, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE